IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. QIYAM POGUE, et al.,

      Plaintiffs,                            No. CIV S-05-1873 MCE GGH P

      vs.

JEANNE WOODFORD, Director of
the California Department of Corrections,
et al.,                                         <u>ORDER</u>

      Defendants.

_____/

      Plaintiffs are state prisoners proceeding pro se. Plaintiffs, purporting to have brought a class action, seek relief pursuant to 42 U.S.C. § 1983 and have requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

      Plaintiff Pogue has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

      Plaintiff is required to pay the statutory filing fee of $250.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $9.65 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to

1

collect the initial partial filing fee from plaintiff Pogue's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

The court has determined that this case may be appropriate for appointment of counsel.

The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, (1989).  In certain exceptional circumstances, however, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015 (9th Cir. 1990); Wood v. Housewright, 900 F.2d 1332 (9th Cir. 1990).  In this case the court is not sure whether those exceptional circumstances exist or not.  Therefore, this court will refer this case to the civil rights panel in this district for review.

Plaintiffs are cautioned while the case is under review, they have responsibility to continue to prosecute this action.  The court is not staying the litigation pending the review; rather the review and continued processing of this case will take place at the same time.  Also, it may ultimately turn out that volunteer counsel may not be procurable for plaintiffs' case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' request for leave to proceed in forma pauperis is granted.

2. Plaintiff Pogue is obligated to pay the statutory filing fee of $250.00 for this action.  Plaintiff is assessed an initial partial filing fee of $9.65.  All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

3. The Clerk of the Court is directed to copy the contents of the file and forward it to the University of California, King Hall Civil Rights Clinic; and

1      4. The Civil Rights Clinic shall inform the court of their decision within 30 days.

2  DATED: 10/13/05

3

4                                           /s/ Gregory G. Hollows
   _____
5                                           GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

6  GGH:009
   pogu1873.crc