IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. QIYAM POGUE, et al.,

        Plaintiffs,                    No. CIV S-05-1873 MCE GGH P

    vs.

JEANNE WOODFORD, Director of
the California Department of Corrections,
et al.,                                  ORDER
        Defendants.

                                        /

        Plaintiffs are state prisoners proceeding pro se. Plaintiffs seek relief pursuant to 42 U.S.C. § 1983. Plaintiff Pogue has been granted leave to proceed in forma pauperis. See Order filed on October 13, 2005. Upon screening the complaint, the court determined that this case might be appropriate for appointment of counsel and directed the King Hall Civil Rights Clinic to review the case and inform the court within 30 days of their decision. See id. The clinic failed to file any response whatsoever.

        After the time for the clinic's response had long expired, an inquiry was made on behalf of the court to the Prison Law Office in San Quentin as to the possibility of that office providing volunteer counsel for plaintiffs in this matter. The Prison Law Office, after a prompt review of the complaint, declined to serve as volunteer counsel in this case.

1

In the October 13, 2005 order, plaintiffs were cautioned that volunteer counsel might not be procurable for this case. The court now informs plaintiffs that no such counsel can be obtained to represent them, and plaintiffs must continue to conduct this matter pro se.

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiffs have a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant: Jeanne Woodford, Director of the California Department of Corrections.[1]

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one summons, an instruction sheet and a copy of the complaint filed September 19, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Two (2) copies of the endorsed complaint filed September 19, 2005.

\\\\\

\\\\\

\\\\\

---

[1] Plaintiffs fail to identify by individual name any other defendant. It is not the court's responsibility to provide for plaintiffs the name of generically identified parties, i.e., each state prison warden in California. Moreover, service upon the Director of the California Department of Corrections is sufficient to for the court to secure prospective injunctive relief on behalf of plaintiffs, should such an order issue. Harrington v. Grayson, 764 F. Supp. 464, 475-477 (E.D.Mich. 1991); Malik v. Tanner, 697 F. Supp. 1294, 1304 (S.D.N.Y. 1988); Fox Valley Reproductive Health Care v. Arft, 454 F. Supp. 784, 786 (E.D. Wis. 1978). See also, Hoptowit v. Spellman, 753 F.2d 779 (9th Cir. 1985)

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The Clerk of the Court is directed to serve a copy of this order upon Carter White at the King Hall Civil Rights Clinic, as well as a copy upon Don Specter at the Prison Law Office, General Delivery, San Quentin, CA 94964.

DATED: 1/13/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
pogu1873.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. QIYAM POGUE, et al.,

        Plaintiffs,                    No. CIV S-05-1873 MCE GGH P

    vs.

JEANNE WOODFORD, Director of
the California Department of Corrections,
et al.,                                 NOTICE OF SUBMISSION

        Defendants.                 OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__        completed summons form

        __1__        completed USM-285 form

        __2__        copies of the __September 19, 2005__
                                               Complaint

DATED:

                                               _____
                                               Plaintiff