IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. QIYAM POGUE, et al.,

        Plaintiffs,                No. CIV S-05-1873 MCE GGH P

    vs.

JEANNE WOODFORD, Director of
the California Department of Corrections,
et al.,                                      ORDER

        Defendants.
_____/

        Plaintiffs are state prisoners proceeding pro se. Plaintiffs seek relief pursuant to 42 U.S.C. § 1983. Plaintiff Pogue has been granted leave to proceed in forma pauperis. See Order, filed on October 13, 2005. Although upon screening the complaint, the court determined that this case might be appropriate for appointment of counsel, voluntary counsel could not be procured. See Orders, filed on October 13, 2005, and on January 13, 2005.

        Plaintiff Pogue has filed a motion, pursuant to Fed. R. Civ. P. 25(d), to substitute Roderick Hickman, defendant Woodford's successor as Director of the California Department of Corrections (CDC), now the California Department of Corrections and Rehabilitation (CDCR). Plaintiffs seek both prospective injunctive relief and money damages. While at the time plaintiff made his motion, Mr. Hickman was evidently the appointed director, the court finds it

appropriate that the current Acting Secretary of CDCR, James E. Tilton, be substituted in, in his official cap acity, for defendant Woodford, former CDC Director (and, thereafter, former Acting Secretary of the CDC), in her official capacity.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 25, 2006, motion to substitute the proper party, in an official capacity, as defendant, pursuant to Fed. R. Civ. P. 25(d), is granted;

2. James E. Tilton, Acting Secretary of the California Department of Corrections and Rehabilitation, is substituted in as defendant, in his official capacity, in the place of defendant Woodford, in her official capacity only; and

3. The Clerk of the Court is directed to modify the court's docket of this case to show that CDCR Acting Secretary James E. Tilton has been substituted in as defendant in his official capacity only.

DATED: 9/7/06                                                      /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
pogu1873.mtn