IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. QIYAM POGUE, et al.,                                No. 2:05-cv-01873-MCE-GGH P

    Plaintiffs,

  vs.                                                              ORDER

JEANNE WOODFORD, Director of
the California Department of Corrections,
et al.,

    Defendants.
_____/

    On April 14, 2008 (or on April 8, 2008, by application of the mailbox rule), plaintiff filed what he entitled Objections to the Findings and Recommendations, filed on March 21, 2008. However, the Findings and Recommendations, recommended denial of defendants' motion to dismiss, which inured to plaintiff's benefit, and a review of plaintiff's "objections" reveal that they should be construed as a request for reconsideration of the magistrate judge's Order portion of the Order and Findings and Recommendations, filed on March 21, 2008, which so construed, the court in this instance will also liberally construe as timely filed. The Order, inter alia, granted some portions of plaintiff's motions to compel discovery, modifying some discovery requests, and denied some requests as overbroad..

1

1  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.[1]

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 21, 2008, is affirmed.

Dated: April 22, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The court notes, however, that plaintiff is correct that at page 10, line 17 of the Order, defendant Tilton was misidentified as defendant Pogue, an evident typographical error.