IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. QIYAM POGUE, et al.,

        Plaintiffs,                       No. CIV S-05-1873 MCE GGH P

    vs.

JEANNE WOODFORD, Director of
the California Department of Corrections,
et al.,

        Defendants.                    <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 21, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Defendants have filed objections to the findings and recommendations.[1]

---

[1] Although plaintiff purports to have filed objections to the Findings and Recommendations, plaintiff actually therein challenges the Order portion of the court's filing, and the court has construed the putative objections as a request for reconsideration.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 21, 2008 are adopted in full;

2. Defendants' October 25, 2007 motion to dismiss (Docket #75) is denied; and

3. Defendants are directed to file an answer within 30 days of this order.

Dated: May 6, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE