IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. QIYAM POGUE,

        Plaintiff,                    No. CIV S-05-1873 MCE GGH P

   vs.

JEANNE WOODFORD, Director of
the California Department of Corrections,
et al.,

        Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  Plaintiff appeared in person, on April 29, 2008, as a witness for petitioner at an evidentiary hearing in <u>Gallegos v. Sisto</u>, Case No. CIV -S-04-2741 MCE GGH P.  Plaintiff complains that he told petitioner Gallegos' counsel that he did not wish to be brought to court and that he was forced to endure a two-day bus ride to Folsom, which due to his recent spine surgery and to not receiving his pain medications, was "extremely cruel."

        Plaintiff has filed a request that this court order prison officials to place him on a van and return him to Pleasant Valley State Prison because he fears he is in danger of losing his Ninth Circuit appeal, due on May 7, 2008, and because he is scheduled to appear in Fresno

1

1  Superior Court on May 7, 2008. As to any issue relevant to this case, plaintiff states that he is
2  expecting discovery responses ordered by the undersigned that will be returned if plaintiff is not
3  at PVSP when such legal mail arrives.
4        As to his scheduled court appearance on May 7, 2008, and his May 7, 2008 appeal
5  deadline in matters unrelated to this case, it would be too late to order his return by van at this
6  point in any case. As to discovery responses to which plaintiff is entitled in this action, should
7  plaintiff fail to receive them timely upon his return to PVSP, or if they have been returned by
8  prison officials, plaintiff should so inform the court.
9        It is unfortunate that plaintiff herein could not have appeared via
10 videoconferencing from PVSP, a method for making court appearances that the undersigned
11 strongly favors for inmate witnesses, and for inmate litigants themselves, when appropriate, at
12 least in part for the types of reasons plaintiff articulates herein. However, this court will not task
13 prison officials with the cost of a special speedy mode of transportation because plaintiff has
14 been unfortunately inconvenienced.
15       IT IS SO ORDERED.
16 DATED: 05/12/08

                                          /s/ Gregory G. Hollows

                                          UNITED STATES DISTRICT JUDGE

GGH:009
pogu1873.dny