IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. QIYAM POGUE,

    Plaintiff,                               No. CIV S-05-1873 MCE GGH P

    vs.

JEANNE WOODFORD, Director of the
California Department of Corrections, et al.,

    Defendants.                   ORDER

/

        Plaintiff has requested an extension of time to file his opposition to the defendants' February 6, 2009, motion to dismiss and motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 20, 2009, motion for an extension of time (Docket No. 124) is granted; and

        2. Plaintiff is granted thirty days from the date of this Order to file his opposition to the defendants' February 6, 2009, motion to dismiss and motion for summary judgment (Docket No. 117). Defendants' reply, if any, shall be filed seven days thereafter.

DATED: February 26, 2009

                                              /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009/kly
pogu1873.36