IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **L. QIYAM POGUE,**<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JAMES E. TILTON, Secretary of the California Department of Corrections, et al.,**<br><br>　　　　　　　　　　　　　　Defendants. | CIV S-05-1873 MCE GGH P<br><br>**ORDER EXTENDING THE DEFENDANTS' REPLY DEADLINE** |

　　Defendants J. Tilton, J. Woodford, J. Yates, and R. Hickman moved this Court for an extension of time to file a reply to Plaintiff's opposition to Defendants' dispositive motion, up to and including May 6, 2009. After full consideration, and good cause appearing, Defendants' motion for extension of time is granted.

　　Defendants shall file their reply by May 6, 2009. In accordance with E.D. Cal. R. 78-230(m), Defendants' motions to dismiss and for summary judgment will be submitted on May 6, 2009 without a hearing.

IT IS SO ORDERED.

Dated: April 8, 2009

　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　_____
pogu1873.eot　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

[Proposed] Order Extending Disp. Mot. Deadline　　　　　　　　　　　　　　*Pogue v. Tilton, et al.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CIV S-05-1873 MCE GGH P

1