IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. QIYAM POGUE,

       Plaintiff,                    No. CIV S-05-1873 MCE GGH P

       vs.

JAMES TILTON, et al.,

       Defendants.             <u>ORDER</u>

          Plaintiff has requested a thirty-day extension of time to file objections to the August 26, 2009, findings and recommendations. Plaintiff also asserts that page 7 was missing from the findings and recommendations served upon him and asks that the complete document be re-served upon him.

          In making his requests, plaintiff inaccurately states that the initial period of time for filing his objections was thirty days, but the recommendation clause clearly includes a notice that written objections must be filed within twenty days of service of the findings and recommendations.

          The court will grant plaintiff's request to have the findings and recommendations re-served upon him. One missing page, however, is not enough to warrant a thirty-day extension of time. Plaintiff will be granted a partial extension of time until September 28, 2009, to have his

1

objections filed in this court. The court's calendar will permit no further extension.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff's September 8, 2009, motion for an extension of time (Docket # 148) is partially granted;

   2. Plaintiff's request for re-service of a copy of the August 26, 2009 (Docket # 147), findings and recommendations is granted, and the Clerk of the Court is to re-serve those findings and recommendations in full, along with a copy of this order upon plaintiff;

   3. Plaintiff is granted until September 28, 2009, to have objections to the August 26, 2009, findings and recommendations filed in this court; and

   4. There will be no further extension of time.

DATED: September 14, 2009

              /s/ Gregory G. Hollows

              GREGORY G. HOLLOWS
              UNITED STATES MAGISTRATE JUDGE

GGH:009/md
pogu1873.36+