IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. QIY AM POGUE,                              No. 2:05-cv-01873-MCE-GGH P

    Plaintiff,

  vs.                                                      ORDER

JEANNE WOODFORD, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On August 26, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  On September 14, 2009, defendants filed objections, on September 28, 2009, plaintiff filed objections, and they were both considered by the undersigned.

///

///

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4      1. The findings and recommendations filed August 26, 2009, are adopted in full;
5      2. Defendants' motion to dismiss and for summary judgment (docket #117) is denied
6  insofar as administrative exhaustion is concerned; it is denied for Claim 4 (halal/kosher diet) on
7  the merits (both RLUIPA and First Amendment) for prospective relief purposes; the summary
8  judgment motion is granted on the merits for Claims 1, 2, 3, 5 and 6; and defendants sued in their
9  individual capacity have qualified immunity for Claim 4.

Dated: September 30, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE