IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. QIYAM POGUE,

      Plaintiff,                      No. CIV S-05-1873 MCE GGH P

  vs.

JEANNE WOODFORD, et al.,
      Defendants.              FINDINGS & RECOMMENDATIONS

        Plaintiff has filed a request for a temporary restraining order (TRO) or a preliminary injunction asking the court to require California Department of Corrections and Rehabilitation (CDCR)/ Pleasant Valley State Prison (PVSP) to grant him access to a Kosher diet until such time as a Halal diet program is implemented. Plaintiff premises his motion largely upon the fact that his prospective injunctive relief claim for a Kosher/Halal diet has survived summary judgment under both RLUIPA and the First Amendment. This matter is presently set for bench trial. The instant motion is essentially an effort by plaintiff to circumvent the trial schedule and to reach the merits to resolve issues of fact on an accelerated basis. The request should be denied.

        Accordingly, IT IS RECOMMENDED that plaintiff's October 19, 2009 (Docket # 158) request for a TRO/preliminary injunctive relief to require CDCR/PVSP to provide him with a Kosher diet at this time be denied.

1

1    These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-
3 one days after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
6 shall be served and filed within seven (7) days after service of the objections.  The parties are
7 advised that failure to file objections within the specified time may waive the right to appeal the
8 District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
9 DATED: October 27, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009kly
pogu1873.31+