IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. QIYAM POGUE,

      Plaintiff,                    No. CIV S-05-1873 MCE GGH P

      vs.

JEANNE WOODFORD, et al.,

      Defendants.             ORDER

_____/

      Plaintiff is a California state prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983. The Court finds appointment of counsel is warranted. Joanna Mendoza has been selected from the Court's pro bono attorney panel.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Joanna Mendoza is appointed as counsel in the above entitled matter.

      2. Joanna Mendoza shall notify shall notify Sujean Younger, ADR and Pro Bono Program Director, at 916-930-4278, if she has any questions related to the appointment.

\\\\\

\\\\\

\\\\\

3. The Clerk of the Court is directed to serve a copy of this order upon Joanna Mendoza, Law Offices of Joanna Mendoza, Post Office Box 2593, Granite Bay, CA 95746.

DATED: October 28, 2009

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

pogu1873.app