1

2

3

4

5

6

7                           IN THE UNITED STATES DISTRICT COURT

8                         FOR THE EASTERN DISTRICT OF CALIFORNIA

9   L. QIYAM POGUE,

10              Plaintiff,                    No. CIV S-05-1873 MCE GGH P

11        vs.

12   JEANNE WOODFORD, et al.,

13              Defendants.                   <u>ORDER</u>

14   _____/

15              Plaintiff, a state prisoner, has filed this civil rights action seeking relief under 42

16   U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28

17   U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

18              On October 27, 2009, the magistrate judge filed findings and recommendations

19   herein which were served on all parties and which contained notice to all parties that any

20   objections to the findings and recommendations were to be filed within twenty days.  Plaintiff

21   filed objections to the findings and recommendations on November 9, 2009.  Defendants filed

22   their reply to the objections on November 19, 2009.

23              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1

1           Accordingly, IT IS HEREBY ORDERED that:

2           1.  The findings and recommendations, filed October 27, 2009 (Docket No. 161),

3  are adopted in full; and

4           2.  Plaintiff's October 19, 2009 (Docket No. 158), request for a TRO/preliminary

5  injunctive relief to require CDCR/PVSP to provide him with a Kosher diet at this time is denied.

6  Dated:  December 23, 2009

7

8           MORRISON C. ENGLAND, JR.
             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26