EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
MICHAEL W. JORGENSON, State Bar No. 201145
Supervising Deputy Attorney General
D. ROBERT DUNCAN, State Bar No. 161918
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5739
 Fax:  (415) 703-5843
 E-mail:  Robert.Duncan@doj.ca.gov
*Attorneys for Defendants*
*J. Tilton, J. Woodford, J. Yates, and R. Hickman*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **L. QIYAM POGUE,**<br><br>                                        Plaintiff,<br><br>    v.<br><br>**JAMES E. TILTON, Secretary of the California Department of Corrections and Rehabilitation, et al.,**<br><br>                                        Defendants. | CIV S-05-1873 MCE GGH P<br><br>**STIPULATION AND ORDER VACATING THE SCHEDULING ORDER AND STAYING LITIGATION PENDING SETTLEMENT NEGOTIATION** |

   The parties stipulate to vacate all pending deadlines set in the scheduling order filed on October 26, 2009, and stay this action for 120 days to permit the parties to pursue a settlement.

/ / /

/ / /

/ / /

1

The requested stay will allow time for Defendants to obtain settlement authority, and for the parties to attempt to negotiate a settlement or arrange for a settlement conference.  If no settlement is reached at the end of 120 days, the parties will either seek additional time to reach a settlement, or request that the Court lift the stay and issue a new order rescheduling all pending deadlines.  If the stay is lifted, the parties will proceed with litigating this action.

IT IS SO STIPULATED.

Dated:  January ___, 2010

JOANNA R. MENDOZA
Attorney for Plaintiff L. Qiyam Pogue

Dated:  January ___, 2010

D. ROBERT DUNCAN
Attorney for Defendants Tilton, Woodford, Yates, and Hickman

### ORDER

Having reviewed the stipulation of the parties, and good cause showing, the stipulation is the order of the Court with the following proviso.  Because the undersigned cannot issue stays of litigations, Reynaga v. Cammisa, 971 F.2d 414 (1992), the undersigned does not order a stay per se.  However, the undersigned can issue stays of discovery.  Therefore, all pending deadlines are vacated, discovery is stayed, and the undersigned will not entertain motions until such time as the parties have informed the court that no settlement can be reached.

IT IS SO ORDERED.

Dated:  January 20, 2010    /s/ Gregory G. Hollows

THE HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

Pogu1873.stip

2

Stip. & [Proposed] Order Vacat. Sched. Order & Stay. Litig.  *Pogue v. Tilton, et.al.*,  (CIV S-05-1873 MCE GGH P)

SF2006200189
20245101.doc

3

Stip. & [Proposed] Order Vacat. Sched. Order & Stay. Litig.   *Pogue v. Tilton, et.al.*,  (CIV S-05-1873 MCE GGH P)