IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. QIYAM POGUE,

       Plaintiff,                        No. CIV S-05-1873 MCE GGH P

   vs.

JAMES TILTON, et al.,

       Defendants.             <u>ORDER</u>

_____/

        On July 7, 2010, counsel for the parties filed a stipulation for voluntary dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which closed this case. Some nine months later, plaintiff pro se has filed a motion/request for the court to enforce the settlement agreement. Plaintiff includes a copy of a copy of the settlement agreement showing signatures of both himself and his counsel. Motion, pp. 3-6. By his motion, plaintiff pro se alleges that defendants have only paid him $1,127.71 of the $1200.00 which he is owed, pursuant to the settlement agreement, leaving a shortfall of $72.79 [sic]. Id. at 1-3, 9.

        Plaintiff provides no basis for the court's continuing jurisdiction in this matter and the court's review of the settlement agreement plaintiff provides indicates therein no provision for a basis for the court's continued jurisdiction. <u>O'Connor v. Colvin</u>, 70 F.3d 530, 531 (9th Cir. 1995), citing <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 114 S. Ct. 1673,

1

1676-77 (1994), stated:

> [T]he Supreme Court held that federal courts do not have inherent or ancillary jurisdiction to enforce a settlement agreement simply because the subject of that settlement was a federal lawsuit. When the initial action is dismissed, federal jurisdiction terminates. *Id*. A motion to enforce the settlement agreement, then, is a separate contract dispute requiring its own independent basis for jurisdiction. *Id*.

Plaintiff's motion will be denied.

Accordingly, IT IS ORDERED that plaintiff's motion to enforce the settlement agreement, filed on April 8, 2011 (docket # 175), is denied.

DATED: April 22, 2011                               /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
pogu1873.ord.

2