IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. QIYAM POGUE,

        Plaintiff,                        No. CIV S-05-1873 MCE GGH P

    vs.

JAMES TILTON, et al.,

        Defendants.               <u>ORDER</u>

_____/

        Plaintiff once again brings a motion to enforce the settlement agreement for this closed case, contending again that defendants have only paid him $1,127.71 of the $1200.00 which he is owed, pursuant to the settlement agreement, leaving a shortfall of $72.79 [sic]. Motion filed on May 23, 2011.

        By order, filed on April 22, 2011, the court explained how there is no basis for the court's continuing jurisdiction in this matter and incorporates by reference that response, citing applicable authority, into this order.   Plaintiff's renewed motion must be denied.

        Accordingly, IT IS ORDERED that plaintiff's motion to enforce the settlement agreement, filed on May 23, 2011 (docket # 177), is denied.

DATED: June 2, 2011                           /s/ Gregory G. Hollows

                                                   GREGORY G. HOLLOWS
                                                   UNITED STATES MAGISTRATE JUDGE

GGH:009
pogu1873.ord2